UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRENT STOWERS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CASTILLO,<br><br>Defendant. | No. 1:25-cv-00773-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 14 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On October 7, 2025, the magistrate judge screened plaintiff's first amended complaint and found that plaintiff stated a cognizable excessive force claim against defendant Castillo. Doc. 14. The magistrate judge recommended that plaintiff's sexual harassment claim be dismissed. *Id.* at 3–5. The findings and recommendations were served on plaintiff and notified him that any objections were to be filed within fourteen (14) days after service. *Id.* at 6. Plaintiff has not filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

1

1  this case. After carefully reviewing the file, the Court finds the findings and recommendations
2  are supported by the record and proper analysis.
3      Accordingly:
4      1. The findings and recommendations issued on October 7, 2025, Doc. 14, are adopted
5         in full;
6      2. This action shall proceed only on plaintiff's excessive force claim against defendant
7         Castillo;
8      3. Plaintiff's sexual harassment claim is dismissed; and
9      4. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

   Dated:   November 28, 2025                    _____
                                                 UNITED STATES DISTRICT JUDGE

2