UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRENT STOWERS,<br><br> Plaintiff,<br><br>v.<br><br>DAVID CASTILLO,<br><br> Defendant. | Case No. 1:25-cv-00773-KES-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE COLLIN TRENT STOWERS**, CDCR No. AZ-5936, **VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: April 9, 2026<br>TIME:  9:30 a.m. |

**Inmate Collin Trent Stowers, CDCR No. AZ-5936**, a necessary and material witness on his behalf in a settlement conference on **April 9, 2026, at 9:30 a.m.**, is confined at the Kern Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on April 9, 2026, at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __**March 9, 2026**__                    _____

STANLEY A. BOONE
United States Magistrate Judge

