UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRENT STOWERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CASTILLO,<br><br>　　　　　Defendant. | No.  1:25-cv-00773-KES-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE COLLIN TRENT STOWERS, CDCR #AZ-5936 |

A settlement conference in this matter commenced on April 9, 2026.  Inmate Collin Trent Stowers, CDCR #AZ-5936, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  __**April 9, 2026**__　　　　　　　__/s/ *Barbara A. McAuliffe*__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1