# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRENT STOWERS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CASTILLO,<br><br>Defendant. | Case No.  1:25-cv-0773 KES SAB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 22) |

The Court conducted a settlement conference in this action on April 9, 2026, at which the parties reached a settlement agreement.  The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **April 9, 2026**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1